CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 15 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Victor Terrell Williams
_____
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

Cobb County Sheriff
Niel Warren
_____

Civil Action No.
1:17-cv-00690-TWT-JKL

(Enter above the full name of the defendant(s).)

I. **Previous Lawsuits**

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes (✓)    No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s): Victor T. Williams

   Defendant(s): Cobb County, Sheriff Niel Warren

2. Court (name the district): U.S. District Court for the Northern District of Georgia, Atlanta Division

3. Docket Number: 1:16-CV-4657-TWT-JKL

Rev. 12/5/07

I.  **Previous Lawsuits (Cont'd)**

    4.   Name of judge to whom case was assigned: John K. Larkins III

    5.   Did the previous case involve the same facts?

        Yes ( )   No (✓)

    6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

    7.   Approximate date of filing lawsuit: 12-22-2016

    8.   Approximate date of disposition: Still Pending

II.  **Exhaustion of Administrative Remedies**

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A.   Place of Present Confinement: Cobb County Jail

    B.   Is there a prisoner grievance procedure in this institution?

        Yes (✓)   No ( )

    C.   Did you present the facts relating to your complaint under the institution's grievance procedure?

        Yes (✓)   No ( )

    D.   If your answer is YES:
        1.   What steps did you take and what were the results?

12-18-16 Filed Grievance / grievance was answered inadequately
12-24-16 Filed Appeal / grievance & attachment was never returned to me
1-24-17 Filed grievance / was told I recieved a response, I didn't
1-26-17 Filed Appeal / Officer Paul & Michael Sulliven came to talk to me & returned my paperwork

        2.   If your answer is NO, explain why not:

Rev. 12/5/07

## IV. Statement of Claim (Cont'd)

Claim #2
When I was processed & admitted into the Cobb County Adult Detention Center on October 13th, 2016, I did not have the following symptoms; Constricted & or Difficulty breathing, Headaches, sinus problems, Dry-throat, chest congestion, skin conditions, Inconsistent Heartbeat patterns, etc. Also, the water that I am exposed to is contaminated with visible particles that I feel has caused a visible knot in my abdominal area.

Claim #3
I, Victor Terrell Williams, have filed multiple medical requests in order to aid & resolve my health issues listed in Claim #2.
They have inadequately taken care of any of my health issues, only providing temporary remedies to resolve a more serious health issue.

Claim #4 Cobb County Jail was very aware they had no inmate access to the law library to prepare your case pro say. I asked this court to advise the Jail that I am pro say.

## V. Relief
State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

1. Conduct an investigation concerning this matter & enjoin Cobb County Sheriff from exposing Inmates to these hazardous conditions in the future.

2. I want to be examined by a health specialist regardless of my location & be compensated the total & full amount of $6,000,000 for being continuously exposed to these Hazardous Conditions while being in custody of Neil Warren, The sheriff of Cobb County Jail.

**III.    Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.    Name of Plaintiff:  Victor Terrell Williams

Address(es):  C/O Cobb County Adult Detention Center
P.O. Box 100110
Marietta, GA [30061]

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.    Defendant(s):  Neil Warren

Employed as  Sheriff

at  Cobb County Georgia

**IV.    Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Claim #1 - Cobb County has admitted to Gross Neglegence in the Marietta Daily Journal, Saturday, Febuary 25, 2017 that they have copper pipes that are leaking & the cieling as well as Black Mold in POD 0-1 & the visitation room in POD-01. Again, you can find this stated in the Marietta Daily Journal on Saturday, Febuary 25, 2017 including Thursday, March 2nd, 2017. I, Victor Terrell Williams, have exausted all Inmate Administrative Remedies to Claim this Civil Action. The Jail is aware of inspection violations for years now.

Rev. 12/5/07

V.      Relief (Cont'd)

_____

Signed this __3rd__ day of __March__, 20__17__.

_Victor Terrell Williams_
Signature of Plaintiff

STATE OF __Georgia__
COUNTY (CITY) OF __Cobb__

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** __3/3/2017__
(Date)

_Victor Terrell Williams_
Signature of Plaintiff

Rev. 12/5/07

Case 1:17-cv-00690-TWT   Document 6   Filed 03/15/17   Page 6 of 6

