IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VICTOR TERRELL WILLIAMS, et al.,

   Plaintiffs,

    v.

NEIL WARREN SHERIFF, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-690-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing all of the Plaintiffs except the Plaintiff Williams. The Court approves and adopts the Report and Recommendation as the judgment of the Court. All of the Plaintiffs except the Plaintiff Williams are DISMISSED.

SO ORDERED, this 11 day of April, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\Williams\17cv690\r&r2.wpd