IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VICTOR TERRELL WILLIAMS, et al.,

   Plaintiffs,

   v.

NEIL WARREN SHERIFF, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-690-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Plaintiff's Objections are merely abstract principles of Section 1983 law. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the Plaintiff does not have a claim against the Sheriff of Cobb County for the conditions that he complains of at the Cobb County Jail. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The Plaintiff's Motion for Leave to File Amended Complaint [Doc. 10] is DENIED. The Plaintiff may not simply add

individual Defendants to the Complaint without explaining how they are personally responsible for the conditions which he complains about.

SO ORDERED, this 11 day of April, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge